**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROSALEE V. ZARROW,<br>    Plaintiff, | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 25-CV-6552** |
| | : | |
| INGLIS HOUSE, *et al.*,<br>    Defendants. | : | |

## ORDER

**AND NOW**, this 8th day of May, 2026, upon consideration of pro se Plaintiff Rosalee V. Zarrow's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 9), Motion to Appoint Counsel (Doc. No. 10), and Amended Complaint (Doc. No. 11), it is **ORDERED** that:

1.      For the reasons stated in the Court's Memorandum, the Amended Complaint is dismissed as follows:

   a.      All federal law claims are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

   b.      All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

2.      The motions for leave to proceed *in forma pauperis* and for the appointment of counsel are **DENIED** as moot.

3.      The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                    **BY THE COURT:**


                    **/s/ Karen Spencer Marston**
                    **KAREN SPENCER MARSTON, J.**